

08/23/2024

`

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

IN RE:

EarthSnap, Inc.
6691 Park Slope
Tyler , TX 75703
EIN: 87-0815236
Debtor

Case No. 24-60363 jps
Chapter: 11

## ORDER DISMISSING WITHOUT PREJUDICE MOTION FOR JOINT ADMINISTRATION MOTION FOR JOINT ADMINISTRATION

ON THIS DATE the Court considered a **Motion for Joint Administration** (The "Motion") filed by **EarthSnap, Inc.** on **August 21, 2024**. The Court finds that the Motion fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

☑ Failure to include proper negative notice language in required format.**LBR 9007; 1007; 1017; 2004; 2014; 3015; 4001; 4003; 6004; 6007**

**IT IS THEREFORE ORDERED** that the **Motion for Joint Administration** filed by **EarthSnap, Inc.** on **August 21, 2024** is hereby **DISMISSED** without prejudice since it fails to comply with the Local Rules of Bankruptcy Procedure.

Signed on 08/23/2024

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE