AREYA HOLDER AURZADA
Subchapter V Trustee
P.O. Box 2105
Addison, TX  75001-2105
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EARTHSNAP, INC. | § | Case No. 24-60363 |
| 6691 Park Slope | § | |
| Tyler, TX 75703 | § | |
| | § | |
| Debtor | § | Chapter 11 (Subchapter V) |
| | § | |

## FEE APPLICATION COVER SHEET

Fee Application of:   AREYA HOLDER AURZADA, Subchapter V Trustee

Fee Application of:   June 20, 2024 to October 15, 2024

Retainer Received:   $0.00        Amount Previously Paid:        $0.00

Amount Requested:                              Reductions:

| | | | |
|---|---|---|---|
| Fees: | $3,392.50 | Vol. Fee Reductions: | $0.00 |
| Expenses: | $18.08 | Vol. Expense Reductions: | $0.00 |
| Total: | $3,410.58 | Total Reductions: | $0.00 |

Hourly Rates:                              Trustee                              Paralegal

| | | |
|---|---|---|
| Highest Rates: | $575.00 | N/A |
| Hours Billed: | 5.9 | |
| Average: | N/A | N/A |

Date: October 15, 2024                    /s/ *Areya Holder Aurzada*
                                          Subchapter V Trustee

SUBCHAPTER V TRUSTEE'S INTERIM APPLICATION FOR COMPENSATION AND          1
REIMBURSEMENT OF EXPENSES

AREYA HOLDER AURZADA
Subchapter V Trustee
P.O. Box 2105
Addison, TX  75001-2105
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EARTHSNAP, INC. | § | Case No. 24-60363 |
| 6691 Park Slope | § | |
| Tyler, TX 75703 | § | |
| | § | |
| Debtor | § | Chapter 11 (Subchapter V) |
| | § | |

**SUBCHAPTER V TRUSTEE'S INTERIM APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS APPLICATION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS APPLICATION SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Areya Holder Aurzada, the Subchapter V Trustee in the above referenced Chapter 11 case and files this Subchapter V Trustee's Interim Application for Compensation and Reimbursement of Expenses (the "Application") and in support thereof would respectfully show the Court as follows:

1. On June 17, 2024, EarthSnap, Inc. filed a voluntary petition for relief under Chapter

11 of the United States Bankruptcy Code and elected to proceed under subchapter V.

2. On June 20, 2024, Areya Holder Aurzada was appointed as the Subchapter V Trustee, and Ms. Aurzada continues to serve in such capacity.

3. Since her appointment, the Subchapter V Trustee has attended the Initial Debtor Interview, the First Meeting of Creditors and reviewed various motions filed in the case. In addition, the Subchapter V Trustee reviewed the Debtor's Schedules and Statement of Financial Affairs and the amendments thereto.

4. The Subchapter V Trustee has received no retainer, commission or compensation, and now requests for an allowance of fees in the amount of **$3,392.50** as compensation for services rendered as Trustee for the period shown on "Exhibit A".

5. In addition, the Subchapter V Trustee requests **$18.08** for reimbursement of reasonable and necessary out-of-pocket expenses incurred in the administration of the estate shown on "Exhibit A".

WHREFORE PREMISES CONSIDERED, the Subchapter V Trustee respectfully requests that this Court enter an order (a) granting allowance of the Subchapter V Trustee's fees in the amount of $3,392.50 and reimbursement of actual and necessary expenses in the amount of $18.08 for a total compensation award of $3,410.58, (b) direct the Debtor to pay the Subchapter V Trustee's fees and expenses within 10 days of the entry of the Order approving this Application and (c) for such other and further relief in law or in equity that may be just.

Respectfully submitted,

By: */s/ Areya Holder Aurzada*
Areya Holder Aurzada
Subchapter V Trustee
P.O. Box 2105

SUBCHAPTER V TRUSTEE'S INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES                                                                                     3

Addison, TX  75001-2105
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on October 15, 2024, upon the attach mailing matrix via United States first class mail, postage prepaid except for the parties listed below which received electronic notice.

By: /s/ *Areya Holder Aurzada*
Areya Holder Aurzada