**EXHIBIT A-1**

| Earth.com Website Ad Revenue | Jan-24 (Actual) | Feb-24 (Actual) | Mar-24 (Actual) | Apr-24 (Actual) | May-24 (Actual) | Jun-24 (Actual) | Jul-24 (Actual) | Aug-24 (Actual) | Sep-24 (Actual) | Oct-24 (Actual) | Nov-24 (Actual) | Dec-24 (Actual) | 2024 Total (Actual) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Earth.com Sessions | 8,310,681 | 4,563,258 | 5,385,726 | 2,946,736 | 2,899,338 | 1,133,276 | 3,279,877 | 4,735,651 | 9,250,553 | 8,821,641 | 10,159,799 | 17,585,533 | 79,072,069 |
| Total Earth.com Gross Ad Revenue | $ 111,391.84 | $ 56,674.24 | $ 107,269.12 | $ 37,237.83 | $ 47,316.62 | $ 25,950.29 | $ 77,259.34 | $ 101,572.58 | $ 274,356.57 | $ 214,384.34 | $ 270,718.67 | $ 513,236.64 | $ 1,837,368.08 |
| Earth.com Ad Sales Commission | $ 13,923.98 | $ 7,084.28 | $ 13,408.64 | $ 4,654.73 | $ 5,914.58 | $ 3,243.79 | $ 9,657.42 | $ 12,696.57 | $ 34,294.57 | $ 26,798.04 | $ 33,839.83 | $ 64,154.58 | $ 229,671.01 |
| **Total Earth.com Net Ad Revenue** | $ 97,467.86 | $ 49,589.96 | $ 93,860.48 | $ 32,583.10 | $ 41,402.04 | $ 22,706.50 | $ 67,601.92 | $ 88,876.01 | $ 240,062.00 | $ 187,586.30 | $ 236,878.84 | $ 449,082.06 | $ 1,607,697.07 |
| **Earth.com Cost of Revenue** | | | | | | | | | | | | | |
| Amazon AWS Hosting | $ 9,249.50 | $ 8,808.00 | $ 10,394.50 | $ 10,219.00 | $ 11,870.50 | $ 9,977.50 | $ 8,211.50 | $ 11,958.07 | $ 11,328.63 | $ 10,982.25 | $ 10,776.29 | $ 13,894.80 | $ 127,670.53 |
| Website Tech Management | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 60,000.00 |
| Content Costs (writers and editors) | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | $ 13,500.00 | $ 13,500.00 | $ 152,000.00 |
| **Total Earth.com Cost of Revenue** | $ 25,749.50 | $ 25,308.00 | $ 26,894.50 | $ 26,719.00 | $ 28,370.50 | $ 26,477.50 | $ 26,711.50 | $ 30,458.07 | $ 29,828.63 | $ 29,482.25 | $ 30,276.29 | $ 33,394.80 | $ 339,670.53 |
| CoR including commission line 7 | $ 39,673.48 | $ 32,392.28 | $ 40,303.14 | $ 31,373.73 | $ 34,285.08 | $ 29,721.29 | $ 36,368.92 | $ 43,154.64 | $ 64,123.20 | $ 56,280.29 | $ 64,116.12 | $ 97,549.38 | |
| **Earth.com Website Gross Profit** | $ 71,718.36 | $ 24,281.96 | $ 66,965.98 | $ 5,864.10 | $ 13,031.54 | $ (3,771.00) | $ 40,890.42 | $ 58,417.94 | $ 210,233.37 | $ 158,104.05 | $ 206,602.55 | $ 415,687.26 | $ 1,268,026.54 |
| **(Gross profit percentage)** | 73.58 | 48.97 | 71.35 | 18.00 | 31.48 | -16.61 | 60.49 | 65.73 | 87.57 | 84.28 | 87.22 | 92.56 | |
| **Other Earth.com Website Expenses** | | | | | | | | | | | | | |
| Social Media Managers | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 60,000.00 |
| SEO Team | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 18,000.00 |
| Business Development | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,000.00 | $ 6,000.00 |
| Software and Services | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 26,400.00 |
| Computers and equipment | $ 995.00 | $ 995.00 | $ 995.00 | $ 995.00 | $ 995.00 | $ 995.00 | $ 995.00 | $ 995.00 | $ 995.00 | $ 995.00 | $ 995.00 | $ 995.00 | $ 11,940.00 |
| Bookkeeping (Pilot.com) | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 4,800.00 |
| Legal | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ - | $ - | $ - | $ - | $ - | | | | $ 60,000.00 |
| Miscellaneous Expenses | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 30,000.00 |
| Earth.com old debt payments | $ 75,000.00 | | | $ 50,000.00 | | $ 50,000.00 | | | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 375,000.00 |
| Marketing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Bankruptcy Plan Payments** | | | | | | | | | | | | | |
| - Class #1 Payments | | | | | | | | | | | | | |
| - Class #2 Payments | | | | | | | | | | | | | |
| - Class #3 Payments | | | | | | | | | | | | | |
| - Class #4 Payments | | | | | | | | | | | | | |
| - Class #5 Payments | | | | | | | | | | | | | |
| **Total Other Earth.com Expenses** | $ 102,595.00 | $ 27,595.00 | $ 27,595.00 | $ 77,595.00 | $ 12,595.00 | $ 62,595.00 | $ 12,595.00 | $ 12,595.00 | $ 62,595.00 | $ 62,595.00 | $ 62,595.00 | $ 68,595.00 | $ 592,140.00 |
| **Earth.com Website Net Profit** | $ (30,876.64) | $ (3,313.04) | $ 39,370.98 | $ (71,730.90) | $ 436.54 | $ (66,366.00) | $ 28,295.42 | $ 45,822.94 | $ 147,638.37 | $ 95,509.05 | $ 144,007.55 | $ 347,092.26 | $ 675,886.54 |

| | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | 2025 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (Actual) | (Actual) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) |
| | 14,028,017 | 6,040,460 | 7,809,303 | 4,272,767 | 4,204,040 | 1,643,250 | 4,755,822 | 6,866,694 | 13,413,302 | 12,791,379 | 14,731,709 | 25,499,023 | 116,055,766 |
| $ | 242,034.75 | 125,734.50 | 187,720.96 | 185,000.00 | 215,000.00 | 275,000.00 | 215,000.00 | 250,000.00 | 480,124.00 | 375,172.60 | 473,757.67 | 898,164.12 | **3,922,708.60** |
| $ | 30,254.34 | 15,716.81 | 23,465.12 | 23,125.00 | 26,875.00 | 34,375.00 | 26,875.00 | 31,250.00 | 60,015.50 | 46,896.57 | 59,219.71 | 112,270.52 | **490,338.57** |
| $ | **211,780.41** | **110,017.69** | **164,255.84** | **161,875.00** | **188,125.00** | **240,625.00** | **188,125.00** | **218,750.00** | **420,108.50** | **328,276.02** | **414,537.96** | **785,893.61** | **3,432,370.02** |
| | | | | | | | | | | | | | |
| $ | 13,636.95 | 12,192.42 | 12,192.42 | 12,192.42 | 12,192.42 | 12,192.42 | 12,192.42 | 12,192.42 | 12,192.42 | 12,192.42 | 12,192.42 | 12,192.42 | **147,753.57** |
| $ | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | **72,000.00** |
| $ | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | **180,000.00** |
| $ | **34,636.95** | **33,192.42** | **33,192.42** | **33,192.42** | **33,192.42** | **33,192.42** | **33,192.42** | **33,192.42** | **33,192.42** | **33,192.42** | **33,192.42** | **33,192.42** | **399,753.57** |
| | | | | | | | | | | | | | |
| $ | **177,143.46** | **76,825.27** | **131,063.42** | **128,682.58** | **154,932.58** | **207,432.58** | **154,932.58** | **185,557.58** | **386,916.08** | **295,083.60** | **381,345.54** | **752,701.19** | **3,032,616.45** |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| $ | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | **60,000.00** |
| $ | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | **18,000.00** |
| $ | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | **72,000.00** |
| $ | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | **26,400.00** |
| $ | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | **11,940.00** |
| $ | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | **4,800.00** |
| $ | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | **30,000.00** |
| $ | 75,000.00 | 75,000.00 | | | | | | | | | | | **150,000.00** |
| $ | - | | | | | | | | | | | | |
| | | | | | | | | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | **249,999.96** |
| | | | | | | | | 675.00 | 675.00 | 675.00 | 675.00 | 675.00 | 675.00 | **4,050.00** |
| | | | | | | | | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | **26,580.00** |
| | | | | | | | | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | **85,126.44** |
| | | | | | | | | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | **9,068.76** |
| $ | **93,595.00** | **93,595.00** | **18,595.00** | **18,595.00** | **18,595.00** | **18,595.00** | **18,595.00** | **18,595.00** | **18,595.00** | **18,595.00** | **18,595.00** | **18,595.00** | **373,140.00** |
| $ | **83,548.46** | **(16,769.73)** | **112,468.42** | **110,087.58** | **136,337.58** | **188,837.58** | **136,337.58** | **166,962.58** | **368,321.08** | **276,488.60** | **362,750.54** | **734,106.19** | **2,659,476.45** |

| | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Total 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) |
| | 16,833,620 | 7,248,552 | 9,371,163 | 5,127,321 | 5,044,848 | 1,971,900 | 5,706,986 | 8,240,033 | 16,095,962 | 15,349,655 | 17,678,050 | 30,598,827 | 139,266,919 |
| $ | 350,950.39 | 182,315.03 | 272,195.39 | 268,250.00 | 311,750.00 | 398,750.00 | 311,750.00 | 362,500.00 | 696,179.80 | 544,000.26 | 686,948.63 | 1,302,337.97 | $ 5,687,927.46 |
| $ | 43,868.80 | 22,789.38 | 34,024.42 | 33,531.25 | 38,968.75 | 49,843.75 | 38,968.75 | 45,312.50 | 87,022.47 | 68,000.03 | 85,868.58 | 162,792.25 | $ 710,990.93 |
| $ | 307,081.59 | 159,525.65 | 238,170.97 | 234,718.75 | 272,781.25 | 348,906.25 | 272,781.25 | 317,187.50 | 609,157.32 | 476,000.23 | 601,080.05 | 1,139,545.73 | $ 4,976,936.53 |
| | | | | | | | | | | | | | |
| $ | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | $ 180,000.00 |
| $ | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | $ 120,000.00 |
| $ | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | $ 300,000.00 |
| | | | | | | | | | | | | | $ - |
| $ | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | $ 600,000.00 |
| | | | | | | | | | | | | | |
| $ | 257,081.59 | 109,525.65 | 188,170.97 | 184,718.75 | 222,781.25 | 298,906.25 | 222,781.25 | 267,187.50 | 559,157.32 | 426,000.23 | 551,080.05 | 1,089,545.73 | $ 4,376,936.53 |
| | | | | | | | | | | | | | |
| $ | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | $ 60,000.00 |
| | | | | | | | | | | | | | $ - |
| $ | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | $ 18,000.00 |
| | | | | | | | | | | | | | $ - |
| $ | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | $ 72,000.00 |
| | | | | | | | | | | | | | $ - |
| $ | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | $ 26,400.00 |
| | | | | | | | | | | | | | $ - |
| $ | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | 995.00 | $ 11,940.00 |
| | | | | | | | | | | | | | $ - |
| $ | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | $ 4,800.00 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | $ 60,000.00 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | $ 499,999.92 |
| | | | | | | | | | | | | | $ - |
| $ | 675.00 | 675.00 | 675.00 | 675.00 | 675.00 | 675.00 | 675.00 | 675.00 | 675.00 | 675.00 | 675.00 | 675.00 | $ 8,100.00 |
| | | | | | | | | | | | | | $ - |
| $ | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | $ 53,160.00 |
| | | | | | | | | | | | | | $ - |
| $ | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | $ 170,252.88 |
| | | | | | | | | | | | | | $ - |
| $ | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | $ 18,137.52 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ | 21,095.00 | 21,095.00 | 21,095.00 | 21,095.00 | 21,095.00 | 21,095.00 | 21,095.00 | 21,095.00 | 21,095.00 | 21,095.00 | 21,095.00 | 21,095.00 | $ 253,140.00 |
| | | | | | | | | | | | | | |
| $ | 235,986.59 | 88,430.65 | 167,075.97 | 163,623.75 | 201,686.25 | 277,811.25 | 201,686.25 | 246,092.50 | 538,062.32 | 404,905.23 | 529,985.05 | 1,068,450.73 | $ 4,123,796.53 |

| | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Total 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) |
| | 20,200,344 | 8,698,262 | 11,245,396 | 6,152,785 | 6,053,818 | 2,366,280 | 6,848,383 | 9,888,039 | 19,315,155 | 18,419,586 | 21,213,660 | 36,718,593 | $ 167,120,302.32 |
| $ | 473,783.02 $ | 246,125.28 $ | 367,463.78 $ | 362,137.50 $ | 420,862.50 $ | 538,312.50 $ | 420,862.50 $ | 489,375.00 $ | 939,842.73 $ | 734,400.35 $ | 927,380.64 $ | 1,758,156.26 $ | 7,678,702.07 |
| $ | 59,222.88 $ | 30,765.66 $ | 45,932.97 $ | 45,267.19 $ | 52,607.81 $ | 67,289.06 $ | 52,607.81 $ | 61,171.88 $ | 117,480.34 $ | 91,800.04 $ | 115,922.58 $ | 219,769.53 $ | 959,837.76 |
| | | | | | | | | | | | | | $ - |
| $ | 414,560.15 $ | 215,359.62 $ | 321,530.81 $ | 316,870.31 $ | 368,254.69 $ | 471,023.44 $ | 368,254.69 $ | 428,203.13 $ | 822,362.38 $ | 642,600.31 $ | 811,458.06 $ | 1,538,386.73 $ | 6,718,864.32 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ | 17,500.00 $ | 17,500.00 $ | 17,500.00 $ | 17,500.00 $ | 17,500.00 $ | 17,500.00 $ | 17,500.00 $ | 17,500.00 $ | 17,500.00 $ | 17,500.00 $ | 17,500.00 $ | 17,500.00 $ | 210,000.00 |
| $ | 15,000.00 $ | 15,000.00 $ | 15,000.00 $ | 15,000.00 $ | 15,000.00 $ | 15,000.00 $ | 15,000.00 $ | 15,000.00 $ | 15,000.00 $ | 15,000.00 $ | 15,000.00 $ | 15,000.00 $ | 180,000.00 |
| $ | 35,000.00 $ | 35,000.00 $ | 35,000.00 $ | 35,000.00 $ | 35,000.00 $ | 35,000.00 $ | 35,000.00 $ | 35,000.00 $ | 35,000.00 $ | 35,000.00 $ | 35,000.00 $ | 35,000.00 $ | 420,000.00 |
| $ | 67,500.00 $ | 67,500.00 $ | 67,500.00 $ | 67,500.00 $ | 67,500.00 $ | 67,500.00 $ | 67,500.00 $ | 67,500.00 $ | 67,500.00 $ | 67,500.00 $ | 67,500.00 $ | 67,500.00 $ | 810,000.00 |
| | | | | | | | | | | | | | $ - |
| $ | 347,060.15 $ | 147,859.62 $ | 254,030.81 $ | 249,370.31 $ | 300,754.69 $ | 403,523.44 $ | 300,754.69 $ | 360,703.13 $ | 754,862.38 $ | 575,100.31 $ | 743,958.06 $ | 1,470,886.73 $ | 5,908,864.32 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 120,000.00 |
| $ | 3,000.00 $ | 3,000.00 $ | 3,000.00 $ | 3,000.00 $ | 3,000.00 $ | 3,000.00 $ | 3,000.00 $ | 3,000.00 $ | 3,000.00 $ | 3,000.00 $ | 3,000.00 $ | 3,000.00 $ | 36,000.00 |
| $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 10,000.00 $ | 120,000.00 |
| $ | 5,000.00 $ | 5,000.00 $ | 5,000.00 $ | 5,000.00 $ | 5,000.00 $ | 5,000.00 $ | 5,000.00 $ | 5,000.00 $ | 5,000.00 $ | 5,000.00 $ | 5,000.00 $ | 5,000.00 $ | 60,000.00 |
| $ | 2,500.00 $ | 2,500.00 $ | 2,500.00 $ | 2,500.00 $ | 2,500.00 $ | 2,500.00 $ | 2,500.00 $ | 2,500.00 $ | 2,500.00 $ | 2,500.00 $ | 2,500.00 $ | 2,500.00 $ | 30,000.00 |
| $ | 1,000.00 $ | 1,000.00 $ | 1,000.00 $ | 1,000.00 $ | 1,000.00 $ | 1,000.00 $ | 1,000.00 $ | 1,000.00 $ | 1,000.00 $ | 1,000.00 $ | 1,000.00 $ | 1,000.00 $ | 12,000.00 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ | 7,500.00 $ | 7,500.00 $ | 7,500.00 $ | 7,500.00 $ | 7,500.00 $ | 7,500.00 $ | 7,500.00 $ | 7,500.00 $ | 7,500.00 $ | 7,500.00 $ | 7,500.00 $ | 7,500.00 $ | 90,000.00 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ | 41,666.66 $ | 41,666.66 $ | 41,666.66 $ | 41,666.66 $ | 41,666.66 $ | 41,666.66 $ | 41,666.66 $ | 41,666.66 $ | 41,666.66 $ | 41,666.66 $ | 41,666.66 $ | 41,666.66 $ | 499,999.92 |
| $ | 675.00 $ | 675.00 $ | 675.00 $ | 675.00 $ | 675.00 $ | 675.00 | | | | | | | $ 4,050.00 |
| $ | 4,430.00 $ | 4,430.00 $ | 4,430.00 $ | 4,430.00 $ | 4,430.00 $ | 4,430.00 $ | 4,430.00 $ | 4,430.00 $ | 4,430.00 $ | 4,430.00 $ | 4,430.00 $ | 4,430.00 $ | 53,160.00 |
| $ | 14,187.74 $ | 14,187.74 $ | 14,187.74 $ | 14,187.74 $ | 14,187.74 $ | 14,187.74 $ | 14,187.74 $ | 14,187.74 $ | 14,187.74 $ | 14,187.74 $ | 14,187.74 $ | 14,187.74 $ | 170,252.88 |
| $ | 1,511.46 $ | 1,511.46 $ | 1,511.46 $ | 1,511.46 $ | 1,511.46 $ | 1,511.46 $ | 1,511.46 $ | 1,511.46 $ | 1,511.46 $ | 1,511.46 $ | 1,511.46 $ | 1,511.46 $ | 18,137.52 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ | 39,000.00 $ | 39,000.00 $ | 39,000.00 $ | 39,000.00 $ | 39,000.00 $ | 39,000.00 $ | 39,000.00 $ | 39,000.00 $ | 39,000.00 $ | 39,000.00 $ | 39,000.00 $ | 39,000.00 $ | 468,000.00 |
| | | | | | | | | | | | | | $ - |
| $ | 308,060.15 $ | 108,859.62 $ | 215,030.81 $ | 210,370.31 $ | 261,754.69 $ | 364,523.44 $ | 261,754.69 $ | 321,703.13 $ | 715,862.38 $ | 536,100.31 $ | 704,958.06 $ | 1,431,886.73 $ | 5,440,864.32 |

| | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 | Total 2028 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) | (Estimated) |
| | 24,240,413 | 10,437,915 | 13,494,475 | 7,383,342 | 7,264,581 | 2,839,536 | 8,218,060 | 11,865,647 | 23,178,186 | 22,103,504 | 25,456,392 | 44,062,311 | 200,544,362.78 |
| | | | | | | | | | | | | | $ - |
| $ 639,607.08 | $ 332,269.13 | $ 496,076.10 | $ 488,885.63 | $ 568,164.38 | $ 726,721.88 | $ 568,164.38 | $ 660,656.25 | $ 1,268,787.68 | $ 991,440.48 | $ 1,251,963.87 | $ 2,373,510.96 | $ 10,366,247.80 |
| | | | | | | | | | | | | | $ - |
| $ 79,950.89 | $ 41,533.64 | $ 62,009.51 | $ 61,110.70 | $ 71,020.55 | $ 90,840.23 | $ 71,020.55 | $ 82,582.03 | $ 158,598.46 | $ 123,930.06 | $ 156,495.48 | $ 296,688.87 | $ 1,295,780.98 |
| | | | | | | | | | | | | | $ - |
| $ 559,656.20 | $ 290,735.49 | $ 434,066.59 | $ 427,774.92 | $ 497,143.83 | $ 635,881.64 | $ 497,143.83 | $ 578,074.22 | $ 1,110,189.22 | $ 867,510.42 | $ 1,095,468.39 | $ 2,076,822.09 | $ 9,070,466.83 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 270,000.00 |
| | | | | | | | | | | | | | $ - |
| $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 240,000.00 |
| | | | | | | | | | | | | | $ - |
| $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 300,000.00 |
| | | | | | | | | | | | | | $ - |
| $ 67,500.00 | $ 67,500.00 | $ 67,500.00 | $ 67,500.00 | $ 67,500.00 | $ 67,500.00 | $ 67,500.00 | $ 67,500.00 | $ 67,500.00 | $ 67,500.00 | $ 67,500.00 | $ 67,500.00 | $ 810,000.00 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | |
| $ 492,156.20 | $ 223,235.49 | $ 366,566.59 | $ 360,274.92 | $ 429,643.83 | $ 568,381.64 | $ 429,643.83 | $ 510,574.22 | $ 1,042,689.22 | $ 800,010.42 | $ 1,027,968.39 | $ 2,009,322.09 | $ 8,260,466.83 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 120,000.00 |
| | | | | | | | | | | | | | $ - |
| $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 36,000.00 |
| | | | | | | | | | | | | | $ - |
| $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 120,000.00 |
| | | | | | | | | | | | | | $ - |
| $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 60,000.00 |
| | | | | | | | | | | | | | $ - |
| $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 30,000.00 |
| | | | | | | | | | | | | | $ - |
| $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 12,000.00 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 90,000.00 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ 41,666.66 | $ 41,666.66 | $ 41,666.66 | $ 41,666.66 | $ 41,666.66 | $ 41,666.66 | $ 41,666.66 | $ 41,666.66 | $ 41,666.66 | $ 41,666.66 | $ 41,666.66 | $ 41,666.66 | $ 499,999.92 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ 4,430.00 | $ 4,430.00 | $ 4,430.00 | $ 4,430.00 | $ 4,430.00 | $ 4,430.00 | $ 4,430.00 | $ 4,430.00 | $ 4,430.00 | $ 4,430.00 | $ 4,430.00 | $ 4,430.00 | $ 53,160.00 |
| | | | | | | | | | | | | | $ - |
| $ 14,187.74 | $ 14,187.74 | $ 14,187.74 | $ 14,187.74 | $ 14,187.74 | $ 14,187.74 | $ 14,187.74 | $ 14,187.74 | $ 14,187.74 | $ 14,187.74 | $ 14,187.74 | $ 14,187.74 | $ 170,252.88 |
| | | | | | | | | | | | | | $ - |
| $ 1,511.46 | $ 1,511.46 | $ 1,511.46 | $ 1,511.46 | $ 1,511.46 | $ 1,511.46 | $ 1,511.46 | $ 1,511.46 | $ 1,511.46 | $ 1,511.46 | $ 1,511.46 | $ 1,511.46 | $ 18,137.52 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 468,000.00 |
| | | | | | | | | | | | | | $ - |
| $ 453,156.20 | $ 184,235.49 | $ 327,566.59 | $ 321,274.92 | $ 390,643.83 | $ 529,381.64 | $ 390,643.83 | $ 471,574.22 | $ 1,003,689.22 | $ 761,010.42 | $ 988,968.39 | $ 1,970,322.09 | $ 7,792,466.83 |

| | Jan-29 (Estimated) | Feb-29 (Estimated) | Mar-29 (Estimated) | Apr-29 (Estimated) | May-29 (Estimated) | Jun-29 (Estimated) | Jul-29 (Estimated) | Aug-29 (Estimated) | Sep-29 (Estimated) | Oct-29 (Estimated) | Nov-29 (Estimated) | Dec-29 (Estimated) | Total 2029 (Estimated) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 29,088,496 | 12,525,498 | 16,193,370 | 8,860,010 | 8,717,498 | 3,407,444 | 9,861,672 | 14,238,777 | 27,813,823 | 26,524,204 | 30,547,671 | 52,874,774 | 240,653,235 |
| $ | 863,469.56 | 448,563.33 | 669,702.74 | 659,995.59 | 767,021.91 | 981,074.53 | 767,021.91 | 891,885.94 | 1,712,863.37 | 1,338,444.65 | 1,690,151.22 | 3,204,239.79 | $ 13,994,434.53 |
| $ | 107,933.69 | 56,070.42 | 83,712.84 | 82,499.45 | 95,877.74 | 122,634.32 | 95,877.74 | 111,485.74 | 214,107.92 | 167,305.58 | 211,268.90 | 400,529.97 | $ 1,749,304.32 |
| $ | 755,535.86 | 392,492.91 | 585,989.90 | 577,496.14 | 671,144.17 | 858,440.21 | 671,144.17 | 780,400.20 | 1,498,755.45 | 1,171,139.07 | 1,478,882.32 | 2,803,709.82 | $ 12,245,130.21 |
| $ | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | $ 300,000.00 |
| $ | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | $ 300,000.00 |
| $ | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | $ 300,000.00 |
| $ | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | $ 900,000.00 |
| $ | 680,535.86 | 317,492.91 | 510,989.90 | 502,496.14 | 596,144.17 | 783,440.21 | 596,144.17 | 705,400.20 | 1,423,755.45 | 1,096,139.07 | 1,403,882.32 | 2,728,709.82 | $ 11,345,130.21 |
| $ | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | $ 120,000.00 |
| $ | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | $ 36,000.00 |
| $ | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | $ 120,000.00 |
| $ | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | $ 60,000.00 |
| $ | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | $ 30,000.00 |
| $ | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | $ 12,000.00 |
| $ | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | $ 90,000.00 |
| $ | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | $ 499,999.92 |
| $ | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | $ 53,160.00 |
| $ | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | $ 170,252.88 |
| $ | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | $ 18,137.52 |
| $ | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | $ 468,000.00 |
| $ | 641,535.86 | 278,492.91 | 471,989.90 | 463,496.14 | 557,144.17 | 744,440.21 | 557,144.17 | 666,400.20 | 1,384,755.45 | 1,057,139.07 | 1,364,882.32 | 2,689,709.82 | $ 10,877,130.21 |

| | 1/1/2030 (Estimated) | Feb-30 (Estimated) | 1-Mar (Estimated) | 1-Apr (Estimated) | 1-May (Estimated) | 1-Jun (Estimated) | Total 2030 |
|---|---|---|---|---|---|---|---|
| | 34,906,195 | 15,030,597 | 19,432,044 | 10,632,012 | 10,460,997 | 4,088,932 | 94,550,778 |
| $ | 1,165,683.91 | 605,560.50 | 904,098.70 | 890,994.05 | 1,035,479.57 | 1,324,450.62 | 5,926,267 |
| $ | 145,710.49 | 75,695.06 | 113,012.34 | 111,374.26 | 129,434.95 | 165,556.33 | 740,783 |
| $ | **1,019,973.42** | **529,865.43** | **791,086.36** | **779,619.80** | **906,044.63** | **1,158,894.29** | 5,185,484 |
| $ | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 150,000 |
| $ | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 150,000 |
| $ | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 150,000 |
| $ | **75,000.00** | **75,000.00** | **75,000.00** | **75,000.00** | **75,000.00** | **75,000.00** | 450,000 |
| $ | **944,973.42** | **454,865.43** | **716,086.36** | **704,619.80** | **831,044.63** | **1,083,894.29** | 4,735,484 |
| $ | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 60,000.00 |
| $ | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 18,000.00 |
| $ | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 60,000.00 |
| $ | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 30,000.00 |
| $ | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 15,000.00 |
| $ | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 6,000.00 |
| $ | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 45,000.00 |
| $ | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 41,666.66 | 249,999.96 |
| $ | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 4,430.00 | 26,580.00 |
| $ | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 14,187.74 | 85,126.44 |
| $ | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 1,511.46 | 9,068.76 |
| $ | **39,000.00** | **39,000.00** | **39,000.00** | **39,000.00** | **39,000.00** | **39,000.00** | **234,000.00** |
| $ | **905,973.42** | **415,865.43** | **677,086.36** | **665,619.80** | **792,044.63** | **1,044,894.29** | **4,501,483.92** |