IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **EarthSnap, Inc.** | § | Case No. 24-60363 |
| xx-xxx5236 | § | |
| 6691 Park Slope, Tyler, TX 75703 | § | |
| | § | |
| | § | |
| Debtor | § | Chapter 11 - Subch. V |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Eric Ralls** | § | |
| xxx-xx-0447 | § | Case No. 24-60504 |
| 6691 Park Slope, Tyler, TX 75703 | § | |
| | § | |
| Debtor | § | Chapter 11 - Subch. V |

**ORDER DISSOLVING JOINT ADMINISTRATION
OF BANKRUPTCY ESTATES**

On October 17, 2024, an "Order Granting Joint Administration of Bankruptcy Estates" was entered by this Court in the Chapter 11 phases of the two above-referenced cases. After hearing and issuance of an order on this date wherein each case was ordered converted to Chapter 7, thereby substantially eliminating the rationale undergirding the joint administration order, the Court finds that just cause exists for entry of the following *sua sponte* order.

**IT IS THEREFORE ORDERED** that the joint administration of the two above-referenced cases is hereby **DISSOLVED** and that all matters hereafter filed shall be filed

in the case of the respective Debtor to which such matter pertains:

| | |
|---|---|
| EarthSnap, Inc. | Case No. 24-60363; and |
| Eric Ralls | Case No. 25-60504. |

**IT IS FURTHER ORDERED** that the Clerk of Court shall review all notices of appearance and requests for notice which have been filed by persons during the pendency of the joint administration order and insure that such persons are listed on the Master Mailing List (matrix) of each of the above cases.

**IT IS FURTHER ORDERED** that the following additional language shall be added as an independent public docket entry in the following cases:

| | |
|---|---|
| Eric Ralls | Case No. 25-60504 |

following the entry of this Order:

> **THE JOINT ADMINISTRATION OF THIS CASE WITH CASE NO. 24-60363 HAS NOW BEEN DISSOLVED.  PLEASE CONSULT THE DOCKET SHEET FOR THAT CASE FOR ADDITIONAL MATTERS WHICH MAY AFFECT THIS DEBTOR AND THIS BANKRUPTCY ESTATE WHICH OCCURRED BETWEEN OCTOBER 17, 2024 AND THE ENTRY OF THIS DISSOLUTION ORDER.**

Signed on 4/21/2025

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE