**Gregory Mitchell**

---

**Subject:** FW: GreenMind LLC formation by Kevin documents
**Attachments:** GreenMind-LLC_TX-certificate-of-filing_081624.pdf; GreenMind-LLC_TX-certificate-of-formation_081624.pdf; GreenMind-LLC_TX-corporate-formation-acknowledgement_081624.pdf; GreenMind-LLC_EIN-number_081624.pdf

**EXHIBIT C**

From: Kevin Wiley <kwiley@wileylawgroup.com>
Sent: Wednesday, August 14, 2024 1:57 PM
To: Claudia Dillingham <cdillingham@wileylawgroup.com>
Cc: Eric Ralls <ralls@earth.com>
Subject: FW: New LLCs creation - credit card info

Please file today andget a EIN gpr GreenMind, LLC. My address is good and I am registered agent. Eric Rolls is the sole member. Any questions call me. KSW

From: ralls@earth.com <ralls@earth.com>
Sent: Wednesday, August 14, 2024 11:21 AM
To: Kevin Wiley <kwiley@wileylawgroup.com>; Claudia Dillingham <cdillingham@wileylawgroup.com>
Subject: RE: New LLCs creation - credit card info

Please use this credit card for GreenMind, LLC. I will then get a bank account that I can use to conduct business, including sending you weekly payments, until we get the new bk filings in place. If I don't get a new bank account under a new entity name, I will have no place to get the Earth.com revenue deposited, and that's how I pay all of the bills to you and everyone else to keep the engines running as the basis for the reorg plan.

How much will it cost?

      0778

598

THANK YOU both so very much for helping me through this difficult time.

Eric

| | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br><br>**Certificate of Formation**<br>**Limited Liability Company** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 805665528 08/15/2024<br>Document #: 1392864070002<br>Image Generated Electronically<br>for Web Filing |

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**GreenMind, LLC**

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**
**Kevin  S.  Wiley  Sr**

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**325 N St Paul Street  Suite 2250  Dallas  TX  75201**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

OR

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

| Managing Member 1: **Eric  Ralls** | Title: **Managing Member** |
|---|---|

Address: **325 N St Paul Street   Suite 2250  Dallas  TX, USA  75201**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

### Initial Mailing Address

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:
325 N St Paul Street
Suite 2250
Dallas, TX 75201
USA

### Organizer

The name and address of the organizer are set forth below.

**Kevin S. Wiley, Sr.**     325 N St Paul Street, Suite 2250, Dallas, TX 75201

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Kevin S. Wiley, Sr.**
Signature of Organizer

FILING OFFICE COPY