**EXHIBIT E**

# PlantSnap versus EarthSnap

Why they are competitors

## Overview

PlantSnap and EarthSnap both offer nature-identification tools in the Education category of Apple's iOS App Store and Google's PlayStore. The fact that they both identify plants puts them in direct competition for users interested in identifying flora (and possibly fauna) through mobile apps.

To compare the two applications, I analyzed their listings on the Apple App Store to determine if they advertised similar features to a potential user.

- [PlantSnap Store Listing](#)
- [EarthSnap Store Listing](#)

I have also included a copy of some of the listing photos and a quote of the description at the bottom of this document for easier reference.

The Second section of this report analyzes the latest Verified Market Research Report on the plant identification market.

## Competing Features:

### Photographic Plant identification:

Both apps provide and advertise plant identification as a core feature in their description and sample app photos (Photo 1-2, EarthSnap Reference Listing) (Photo 1, Plantsnap Reference Listing). The apps compete on the number of species they can identify (Description, EarthSnap Reference Listing) (Description, PlantSnap Reference Listing).

Potential consumers would see either one as a viable choice for plant identification.

### Gardening tips:

Both applications advertise gardening tips as a secondary feature for plant identification (Description, EarthSnap Reference Listing) (Description, PlantSnap Reference Listing).

Gardeners interested in identifying plants looking for gardening tips would see either app as viable.

## Community engagement:

Both applications advertise community photo sharing, comments and tips (Photo 3, PlantSnap Reference) (Photo 3, EarthSnap Reference). Social engagement like this promotes user loyalty and creates a network effect which increases the value of the app. Both applications compete for users in their community.

## Market Research Report:

PlantSnap offers 5 plant snaps for free and requires premium subscription for unlimited snaps. Earthsnap requires a subscription for all photo identifications. Since Both applications charge for photo identification, they compete directly for premium users wanting photo identifications.

According to Verified Market Research's report ***Plant Identification Apps Market GLOBAL MARKET SIZE, STATUS AND FORECAST TO 2032***, the Image recognition identification market value is 152.17 million USD (Page 42, VMR Plant ID market report). Both apps compete in this market and are listed as the top 11 applications on Verified Market Research's market breakdown of this industry competing in all the same platforms and regions (Page 141-143, VMR Plant ID market report).

## Conclusion:

EarthSnap and PlantSnap are competitors. Both applications show up under the education section of the app store. Both applications advertise similar features, including plant identification, gardening tips, and community interactions. Both applications have similar monetization models which put them in competition. Finally Verified Market Research lists both applications as competitors in the Plant identification market (Page 141-143, VMR Plant ID market report).

## Earthsnap App Store Reference:

https://apps.apple.com/us/app/animal-plant-id-earthsnap/id1590178460



Instantly identify over 2 million plants, animals, bugs, birds & more! EarthSnap is the ultimate identifier for all things nature. EarthSnap's advanced AI identification provides details on millions of plants and animals.

Created by the team behind Earth.com, EarthSnap expands on current technology and capabilities of image identification apps by adding animals, bugs, birds and every type of life on Earth!

With the EarthSnappers Community, you can connect with a vibrant nature loving community all around the world. Share photos and favorite discoveries with your friends, view photos and posts of rare plants, flowers, trees, succulents, leaves, any type of cactus, plant and mushrooms from around the world and share gardening tips.

# PlantSnap App Store Reference: https://apps.apple.com/us/app/plantsnap-plant-identifier/id1451054346





*Instantly identify over 600,000 types of plants: flowers, trees, succulents, mushrooms, cacti and more with PlantSnap!*

*PlantSnap now teaches you how to grow and care for your plants. We have added gardening tips and advice for thousands of plant species.*

*With the PlantSnappers Community, you connect with more than 50 million nature lovers in over 200 countries! Share photos and favorite discoveries with your friends, view photos and posts of rare plants, flowers, trees, succulents, leaves, cacti, air plant and mushrooms from around the world and share gardening tips. Only with the PlantSnap plant identifier you can connect with nature and the world.*