IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| In re: **Earthsnap, Inc.** | § | Case No. 24-60363 |
| | § | |
| *Debtor* | § | Chapter 11, Subchapter V |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |
| In re: **Eric Ralls** | § | Case No. 24-60504 |
| | § | |
| *Debtor* | § | Chapter 11, Subchapter V |

**ORDER GRANTING MOTION FOR RECONSIDERATION REGARDING
ORDER CONVERTING CASES TO CHAPTER 7**

Before the Court is *Debtors' Motion for Reconsideration Regarding Order Converting Cases to Chapter 7* (the "**Motion**") filed by Debtors Earthsnap, Inc. ("**Earthsnap**") and Eric Ralls ("**Ralls**") (Earthsnap and Ralls collectively "**Debtors**" or individually a "**Debtor**"). After reviewing the Motion and the papers on file with the court, and after hearing the arguments of counsel at a hearing on the Motion, the Court finds that the Motion is well founded and should be granted. It is therefore

**ORDERED** that the Motion is Granted. It is further

**ORDERED** that this Court's *Order Granting Motion to Convert Subchapter V, Chapter 11 Cases Into Chapter 7 Bankruptcy Cases* (the "Order," Dkt. No. 167) is hereby vacated and withdrawn. It is further

**ORDERED** that this Court's *Order Dissolving Joint Administration of Bankruptcy Estates* (Dkt. No. 168) is hereby vacated and withdrawn. It is further

**ORDERED** that Ms. Areya Aurzada is hereby relieved of her duties as chapter 7 Trustee and hereby reinstated as Subchapter V Trustee over these jointly administered cases.

#### END OF ORDER ####