**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11 Subchapter V** |
| | § | |
| **EARTHSNAP, INC.[1]** | § | **Case No. 24-60363** |
| | § | |
| **DEBTOR** | § | **JOINTLY ADMINISTERED** |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, Counsel for Joint Administered Debtors EarthSnap, Inc., Eric Ralls, and (collectively known as "Debtors") would state the following in support thereof:

1. The Debtors have advised the Attorney that new counsel has been retained on this matter. This counsel has filed pleadings that me and my law firm are responsible for any adverse decision rendered against Debtors. As a result, the legal representation has been rendered as a patent conflict.

3. The Attorney is therefore seeking permission to withdraw as counsel for the Debtors and request to be relieved of any and all future professional obligations, responsibilities, or duties to the Debtors.

### PRAYER

WHEREFORE, counsel respectfully requests that this Court enter an Order granting the Motion to Withdraw as Counsel for the Debtors to withdraw as attorney of record and for such other and further relief to which they may show themselves to be entitled.

Date: May 12th, 2025.                    Respectfully submitted,

                                         **WILEY LAW GROUP, PLLC**

---

[1] The last four digits of the Debtor's EIN is 5236.

1

/s/ Kevin S. Wiley, Sr.
KEVIN S. WILEY, SR.
State Bar of Texas No. 21470700
The Wiley Law Group. PLLC
325 N. St. Paul Street. Suite 2250
Dallas, Texas 75201
Telephone: (972) 913-2648
Telecopier: (972) 449-5717
kwiley@wileylawgroup.com
*Counsel for Debtors,*
*EarthSnap, Inc. and Eric Ralls.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and the foregoing document has

been served on all counsel of record via the Court's ECF system on May 12th, 2025.

*/s/Kevin S. Wiley, Sr.*