| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-6<br>Case 24-60363<br>Eastern District of Texas<br>Tyler<br>Mon May 12 17:03:07 CDT 2025 | Patrick R. Akers<br>Markus Williams Young & Hunsicker LLC<br>1775 Sherman Street, Suite 1950<br>Denver, CO 80203-4350 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Amazon Web Services<br>410 Terry Avenue<br>Seattle, WA 98104-2448 | Amazon Web Services, Inc.<br>c/o K&L Gates LLP<br>Attn:  Brian Peterson<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158 | American Express<br>PO Box 640448<br>Dallas, TX 75265 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Amity North America Inc.<br>4400 Red River Street<br>Austin, TX 78751-4010 | Areya Aurzada<br>PO Box 2105<br>Addison, TX 75001-2105 |
| Brian Funk<br>610 South Rome Avenue<br>Tampa, FL 33606-2588 | Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | Diane Carter<br>660 North Central Expressway<br>Ste. 101<br>Plano, TX 75074-6759 |
| Content 1Q Marketing<br>1WTC<br>77th Floor, Suite A<br>New York, NY 10007 | DEJ Partners, LLC<br>PRAXIDICE, PC<br>Peter W. Thomas<br>124 West Hyman Avenue, Ste 1A<br>Aspen, CO 81611-1717 | DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH   43054-3025 | EarthSnap, Inc.<br>6961 Park Slope<br>Tyler, TX 75703-0317 | Eric Ralls<br>6691 Park Slope<br>Tyler, TX  75703 |
| (p)VICTORIA FORSON<br>1717 MAIN STREET<br>SUITE 2800<br>DALLAS TX 75201-7342 | Google LLC<br>c/o James Vandermark<br>White and Williams LLP<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103-7304 | HI Investments, LLC<br>Attn: Ryan K. French (Taylor Porter Law<br>Baton Rouge, LA 70801 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA  71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL  33487-2853 | Majestyk<br>55 W. 19th St,<br>FL 4<br>New York, NY 10011-4223 |
| Michael Melito<br>138 West Fifth Avenue<br>Denver, CO  80204-5105 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Gregory W. Mitchell<br>Freeman Law, PLLC<br>7011 Main Street<br>Frisco, TX 75034-4224 |
| PATRICK R. AKERS PLAINSNAP, INC. MOYE WH<br>1400 16TH ST STE 600<br>DENVER CO 80202-1486 | Peter W. Thomas DEJ Partners, LLC Thomas, PC<br>124 West Hyman 1A<br>Aspen, CO 81611-1717 | Brian T Peterson<br>K&L Gates LLP<br>925 4th Ave Suite 2900<br>Seattle, WA 98104-1158 |

```
PlantSnap, Inc.                      PlantSnap, Inc.                        PlantSnap, Inc.
1040 South Gaylord Street, Suite 67  MOYE WHITE LLP                         c/o Dean E. Richardson
Denver, CO 80209-4636                Mr. Dean E. Richardson                 3615 Delgany Street, Suite 1100
                                     3615 Delgany Street, Suite 1100        Denver, CO  80216-3997
                                     Denver, CO 80216-3997


PlantSnap, Inc.                      Provectus                              Provectus IT, Inc.
c/o Patrick R. Akers                 125 University Ave                     447 Sutter St Ste 405, #269
Fennemore Craig, P.C.                Suite 295                              San Francisco, CA 94108-4618
3615 Delgany Street, Suite 1100      Palo Alto, CA 94301-1280
Denver, CO 80216-3997


Dean E. Richardson                   Marcus Salitore                        Amalia Y Sax-Bolder
Gould & Ratner LLP                   US Trustee Office                      Brownstein Hyatt Farber Schreck, LLP
1801 Wewatta Street                  110 N. College Ave., Room 300          675 15th Street
Ste 11th Floor                       Tyler, TX 75702-7231                   Suite 2900
Denver, CO 80202-6318                                                       Denver, CO 80202-4287


U.S. Attorney General                US Trustee                             Kevin S Wiley Sr
Department of Justice                Office of the U.S. Trustee             The Wiley Law Group, PLLC
Main Justice Building                110 N. College Ave.                    325 N. St. Paul Street
10th & Constitution Ave., NW         Suite 300                              Suite 2250
Washington, DC 20530-0001            Tyler, TX 75702-7231                   Dallas, TX 75201-3837
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Victoria Forson
K&L Gates LLP
1717 Main St
Suite 2800
Dallas, TX 75201
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Ally Bank c/o AIS Portfolio Services, LLC   (u)Amazon Web Services, Inc.         (u)HI Investments, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK  73118-7901


(u)PlantSnap Inc.                              End of Label Matrix
                                               Mailable recipients     41
                                               Bypassed recipients      4
                                               Total                   45
```