| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-6<br>Case 24-60504<br>Eastern District of Texas<br>Tyler<br>Mon May 12 17:05:00 CDT 2025 | Patrick R. Akers<br>Markus Williams Young & Hunsicker LLC<br>1775 Sherman Street, Suite 1950<br>Denver, CO 80203-4350 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| American Express<br>PO Box 640448<br>Dallas, TX 75265 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Areya Aurzada<br>PO Box 2105<br>Addison, TX 75001-2105 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Brian Funk<br>610 South Rome Avenue<br>Tampa, FL 33606-2588 | Brian Funk<br>c/o Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, Texas 75201-2721 |
| Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | Diane Carter<br>660 North Central Expressway<br>Ste. 101<br>Plano, TX 75074-6759 | Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| (p)DEJ PARTNERS  LLC<br>ATTN DANIEL JOHNSON<br>331 VINELAND AVENUE<br>CITY OF INDUSTRY CA 91746-2321 | Discover Bank<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| EarthSnap, Inc.<br>6691 Park Slope<br>Tyler, TX 75703 | Brian Funk<br>c/o Bell Nunnally & Martin LLP<br>2323 Ross Avenue<br>Suite 1900<br>Dallas, TX 75201-2721 | HI Investments, LLC<br>Attn:  Ryan K. French (Taylor Porter Law<br>450 Laurel St., 8th Floor<br>Baton Rouge, LA 70801<br>Baton Rouge, LA 70801-1834 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Michael Melito<br>138 West Fifth Avenue<br>Denver, CO 80204-5105 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Russell W. Mills<br>Bell Nunnally & Martin<br>2323 Ross Ave.<br>Suite 1900<br>Dallas, TX 75201-2721 | (c)PATRICK R. AKERS PLAINTSNAP, INC. MOYE WHI<br>1400 16TH ST STE 600<br>DENVER CO   80202-1486 | Peter W. Thomas DEJ Partners, LLC Thomas, PC<br>124 West Hyman 1A<br>Aspen, CO 81611-1717 |
| PlantSnap, Inc.<br>c/o Dean E. Richardson<br>3615 Delgany Street, Suite 1100<br>Denver, CO 80216-3997 | Eric Ralls<br>6691 Park Slope<br>Tyler, TX 75703 | Dean E. Richardson<br>Gould & Ratner LLP<br>1801 Wewatta Street<br>Ste 11th Floor<br>Denver, CO 80202-6318 |
| Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 | Amalia Y Sax-Bolder<br>Brownstein Hyatt Farber Schreck, LLP<br>675 15th Street<br>Suite 2900<br>Denver, CO 80202-4287 | Pete Thomas<br>Praxidice PC<br>124 W Hyman 1A<br>Aspen, CO 81611-1717 |

| | | |
|---|---|---|
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Kevin S Wiley Sr<br>The Wiley Law Group, PLLC<br>325 N. St. Paul Street<br>Suite 2250<br>Dallas, TX 75201-3837 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DEJ Partners, LLC
331 Vineland Avenue
City of Commercie, CA 91746

Discover Card
PO Box 30954
Salt Lake City, UT 84130

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Patrick R. Akers Plaintsnap, Inc. Moye White
1400 16th Street, 6th Floor
Denver, CO 80202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ally Bank c/o AIS Portfolio Services, LLC    (u)HI Investments, LLC    (u)PlantSnap Inc.
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35