**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____    Date report filed: _____
MM / DD / YYYY

Line of business: _____    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

|  | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

|  | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?    ❑    ❑    ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑    ❑    ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

     *(Exhibit E)*

Debtor Name _____   Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                              $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                              _____

27. What is the number of employees as of the date of this monthly report?                                 _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                        $ _____

31. How much have you paid in total other professional fees since filing the case?                       $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                    $ _____

36. Total projected cash disbursements for the next month:                                             − $ _____

37. Total projected net cash flow for the next month:                                                  = $ _____

Debtor Name _____    Case number_____

## ▮ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

❑   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

❑   39.   Bank reconciliation reports for each account.

❑   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

❑   41.   Budget, projection, or forecast reports.

❑   42.   Project, job costing, or work-in-progress reports.

Debtor Name: Earthsnap Inc.                    Case Number: 24-60363


Exhibit A


Section 1, Questionnaire, Line 6

Company was not able to afford an accountant and taxes were not filed.

Debtor Name: Earthsnap Inc.                    Case Number: 24-60363

Exhibit B

Section 1, Questionnaire, Line 15

Payments were made on behalf of the company from a management company.  Earthsnap was dormant and bills were paid to help in relaunch.

Debtor Name: Earthsnap Inc.                    Case Number: 24-60363

## Exhibit C & D

Section 2, Summary of Cash Activity for All Accounts, Lines 20 and 21

     Please see attached bank statement for listing of cash received and payments.



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

1717      TRN          S          Y      ST01

000638950572545 P

ESTATE OF  EARTHSNAP INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 24-60363
6961 PARK SLOPE
TYLER TX  75703-0317

Account Number:
1 512 1177 9302
Statement Period:
Mar 3, 2025
through
Mar 31, 2025

Page 1 of 2



☎                              *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                           800-673-3555

**U.S. Bank accepts Relay Calls**
**Internet:**                           usbank.com

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

Effective May 19, 2025, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning April 14, 2025, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under Regulation CC, the following amounts for funds availability will be updated:
  - In the *Funds Availability: Your Ability to Withdraw Funds - All Accounts* section
    - **Immediate Availability - All Accounts** subsection and **Longer Delays May Apply** subsection, in all instances, $225 will be updated to $275 by July 1, 2025
    - **Longer Delays May Apply** subsection and **Special Rules for New Accounts - Retail Consumer and Business Accounts** subsection, in all instances, $5,525 will be updated to $6,725 by July 1, 2025
- State Farm and Edward Jones product information, pricing information disclosure references and contact information are added throughout the document
- Under **Electronic Fund Transfers for Consumer Customers, Types of Transactions** section, **Expanded Account Access** subsection, added enrollment instructions

If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Effective May 19, 2025, we would like to inform you of the upcoming changes to the *Business Pricing Information* document that may impact your account.

**Primary pricing updates in your revised *Business Pricing Information* disclosure**

- Under Other Service Fees
  - The Non-U.S. Bank ATM Transaction fee (International or Domestic) is changed to $3
  - Under Wire Transfers, including Wire Advice - email is $7

Beginning May 19, 2025, a copy of the *Business Pricing Information* document will be available at **usbank.com/bpi**, by calling 800-673-3555 or visiting your local branch.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING LENDER

Member FDIC



ESTATE OF EARTHSNAP INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 24-60363
6961 PARK SLOPE
TYLER TX  75703-0317

**Business Statement**

Account Number:
1 512 1177 9302
Statement Period:
Mar 3, 2025
through
Mar 31, 2025

Page 2 of 2

# INFORMATION YOU SHOULD KNOW (CONTINUED)

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to
8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Or, schedule an appointment at
**usbank.com/book** to speak with a banker in person, by phone or virtually.

---

## U.S. BANK SILVER - BUSINESS CHECKING                                                    *Member FDIC*

U.S. Bank National Association                                                    **Account Number 1-512-1177-9302**

### Account Summary

|                            | # Items |    |          | Number of Days in Statement Period |     |
|----------------------------|---------|----|----------|------------------------------------|-----|
| Beginning Balance on Mar 3 |         | $  | 3,846.19 | Number of Days in Statement Period | 31  |
| Other Deposits             | 1       |    | 2,618.33 |                                    |     |
| **Ending Balance on Mar 31, 2025** |  | **$** | **6,464.52** |                        |     |

### Other Deposits

| Date  | Description of Transaction |                            | Ref Number |    | Amount   |
|-------|----------------------------|----------------------------|------------|----|----------|
| Mar 6 | Electronic Deposit         | From Apple Inc             |            | $  | 2,618.33 |
|       | REF=250640158739600N00     | A243609761ACH/CRED 04330995 |           |    |          |
|       | DEUTSCHE BANK L            | Cupertino, C \ US*95014\    |            |    |          |
|       |                            | **Total Other Deposits**   |            | **$** | **2,618.33** |

### Balance Summary

| Date  | Ending Balance |
|-------|----------------|
| Mar 6 | 6,464.52       |

Balances only appear for days reflecting change.

This page intentionally left blank