EOD

06/10/2025

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **EarthSnap, Inc.** | § | Case No. 24-60363 |
| xx-xxx5236 | § | |
| 6691 Park Slope, Tyler, TX 75703 | § | |
| | § | |
| Debtor | § | Chapter 7 |

### ORDER GRANTING AMENDED MOTION TO WITHDRAW AS ATTORNEY

ON THIS DATE the Court considered the "Amended Motion to Withdraw as Attorney" (the "Motion") filed on May 14, 2025, by Wiley Law Group, PLLC and Kevin S. Wiley, Sr. ("Movant"), in which Movant seeks to withdraw as counsel for Debtor in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21)-day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed. An objection was timely filed by HI Investments, LLC. No other objections were filed. The Court finds its consideration of the Motion would not be aided by oral argument. Therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the "Amended Motion to Withdraw as Attorney" filed by Wiley Law Group, PLLC and Kevin S. Wiley, Sr. on May 14, 2025 in

which Movant seeks to withdraw as counsel for Debtor in the above-referenced case is hereby **GRANTED.**

    **IT IS FURTHER ORDERED** that entry of this Order is without prejudice to the rights of all parties in interest concerning any relief or order which may in future be sought from the Court in this case by or against Movant under 11 U.S.C. §§ 327, 330, 542, Fed. R. Bankr. P. 2014 or 2016, or L.B.R. 2014 or 2016, or any related or similar applicable law or rule.

    Signed on 6/10/2025

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE