IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EARTHSNAP, INC., | § | CASE NO. 24-60363 |
| | § | (Chapter 7) |
| DEBTOR | § | |

## DECLARATION OF JOHN PAUL STANFORD

Pursuant to 28 U.S.C. § 1746, John Paul Stanford states as follows:

1. "My name is John Paul Stanford. I am over twenty-one years of age and competent in all respects to make this Declaration. I have knowledge of the facts and statements set forth herein, and they are all true and correct.

2. I am an attorney at law admitted to practice before this Court. I am a shareholder in the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLW&M") which maintains offices at 2001 Bryan Street, Suite 1800, Dallas, Texas 75201. I am licensed to practice law in the State of Texas and before the U.S. District Court for the Eastern District of Texas.

3. This Declaration is filed in conjunction with the Trustee's Application for Authority to Employ Counsel ("Application") filed with the Court contemporaneously herewith.

4. After a preliminary investigation, Applicant believes that it does not hold an interest adverse to the estate, and that it is disinterested and competent to assist the Trustee as general counsel. No promises have been received by Applicant or any member or associates thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. The Applicant has no agreement with any other entity to share with such entity any compensation received by the Applicant other than in accordance with §504 of the Bankruptcy Code.

5.      To the best of Applicant's knowledge and belief, QSLW&M has no relationship which would raise a possible disqualification or conflict of interest, or which would otherwise render QSLW&M ineligible to serve as general counsel for the Trustee pursuant to the provisions of §327 of the Bankruptcy Code.

6.      The Firm has no connection with the above-referenced Debtor, its creditors, or any other party in interest or their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

7.      The Firm represents no interest adverse to the above-referenced Debtor, its estate, or the Trustee in matters upon which it is to be engaged as counsel for the Trustee herein.

8.      The Firm is a disinterested person as defined in 11 U.S.C. §101(14) and therefore eligible to serve as general counsel to the Trustee.

9.      I declare under penalty of perjury that the foregoing is true and correct."

DATED:      June 13, 2025.

*/s/ John Paul Stanford*
John Paul Stanford