Gregory W. Mitchell
THE MITCHELL LAW FIRM, L.P.
1100 W. Campbell
Suite 200
Richardson, Texas  75080
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID:  00791285
ATTORNEYS FOR DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| In re: **Earthsnap, Inc.** § | | Case No. 24-60363 |
| § | | |
| *Debtor* § | | Chapter 11, Subchapter V |
| § | | |
| § | | (Jointly Administered) |
| | | |
| In re:  Eric Ralls § | | Case No. 24-60504 |
| § | | |
| *Debtor* § | | Chapter 11, Subchapter V |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**COME NOW** Earthsnap, Inc. ("**Earthsnap**") and Eric Ralls ("**Ralls**") (Earthsnap and Ralls collectively "**Debtors**" or individually a "**Debtor**"), Debtors in the above-referenced matter, and file this their Notice of Appeal under 28 U.S.C. §158(a) from the following orders of the bankruptcy judge:

(1) *Order Granting Motion to Convert Subchapter V, Chapter 11 Cases Into Chapter 7 Bankruptcy Cases* (Docket #167) entered on April 21, 2025; and

(2) *Order Denying Motion to Vacate Order Dismissing Case* (Docket #191) entered on June 10, 2025.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1. <u>Debtors</u>

Earthsnap, Inc.
c/o The Mitchell Law Firm, L.P.

1100 W. Campbell, Suite 200
Richardson, Texas  75080
(972)463-8417 – Office
(972)432-7540 – Facsimile
greg@mitchellps.com – E-mail

Eric Ralls
c/o The Mitchell Law Firm, L.P.
1100 W. Campbell, Suite 200
Richardson, Texas  75080
(972)463-8417 – Office
(972)432-7540 – Facsimile
greg@mitchellps.com – E-mail

2.  Movants

Plantsnap, Inc.
c/o Mr. Patrick R. Akers
FENNEMORE CRAIG, P.C.
3615 Delgany Street, Suite 1100
Denver, Colorado  80216
(303)291-3200 – Office
(303)291-3201 – Facsimile
pakers@fennemorelaw.com – email

DEJ Partners
c/o Mr. Peter W. Thomas
PRAXIDICE, P.C.
124 West Hyman Avenue, Suite 1A
Aspen, Colorado 81611
(970) 544-5900 – Office
peter@praxidicelaw.com – email

**Election to have Case Heard by District Court**

To the extent a Bankruptcy Appellate Panel is available in this district, Debtors/Appellants hereby elect to have this appeal heard by the United States District Court.

**DATED this 24th day of June, 2025.**

                Respectfully submitted,

                **THE MITCHELL LAW FIRM, L.P.**

**/s/ Gregory W. Mitchell**
Gregory W. Mitchell
1100 W. Campbell Road, Suite 200
Richardson, Texas 75080
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID: 00791285
E-mail: greg@mitchellps.com
Attorney for Debtors/Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on **June 24, 2025**, a true and correct copy of the foregoing was served on all parties receiving notice via the Court's ECF system.

**THE MITCHELL LAW FIRM, L.P.**

/s/  **Gregory W. Mitchell**
Gregory W. Mitchell
Attorney for Debtors/Appellants