# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

**EOD**
07/22/2025

IN RE:
EarthSnap, Inc.
6961 Park Slope
Tyler , TX 75703
EIN: 87-0815236
Debtor

Case No. 24-60363 jps
Chapter: 7

## ORDER DISMISSING PLEADING AS MOOT

ON THIS DATE the Court considered the **Application to Employ (Nunc Pro Tunc)** filed by **Eric Ralls, EarthSnap, Inc.** on **March 26, 2025**. Due to the fact that this case was converted to Chapter 7, good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the **Application to Employ (Nunc Pro Tunc)** filed by **Eric Ralls, EarthSnap, Inc.** on **March 26, 2025**, is DISMISSED without prejuidice as MOOT.

Signed on 7/22/2025

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE